**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ANGELA LINVAL,

                              Plaintiff,                    22 **CIVIL** 3262 (JCM)

          -v-                                              <u>**JUDGMENT**</u>


ACTING COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
------------------------------------------------------------------X


          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated September 19, 2023, Plaintiff's motion for

judgment on the pleadings is granted, the Commissioner's cross-motion is denied, and the case is

remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative

proceedings consistent with this Opinion and Order. Accordingly the case is closed.

**Dated:**  New York, New York

          September 20, 2023


                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**


                              **BY:**          _____
                                                    **Deputy Clerk**